WENZEL WAGNER, Respondent, *v.* DOTTERWEICH BREWING COMPANY, Appellant.

*Wagner* v. *Dotterweich Brewing Co.,* 119 App. Div. 922, affirmed.
(Argued April 22, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 4, 1907, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract of employment.

*P. S. Collins* for appellant.

*William Cobb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.